1  Ming-Tao Yang (SBN 221295)
   ming.yang@finnegan.com
2  Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
3  **FINNEGAN, HENDERSON, FARABOW,**
   **GARRETT & DUNNER, LLP**
4  3300 Hillview Avenue, 2nd Floor
   Palo Alto, California 94304
5  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666

6

7  *Attorneys for Plaintiff*
   *Semisilicon Technology Corp.*

8

9

10  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  SEMISILICON TECHNOLOGY CORP., | CASE NO. |
| 13          Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| 14          v. | |
| 15  CHANGZHOU JUTAI ELECTRONIC CO., LTD.; LINHAI CAIYUAN TRADING CO., | **JURY TRIAL DEMANDED** |
| 16  LTD.; MAANSHAN HAOLUO MAOYI YOUXIAN GONGSI; NINGBO YIHAI | |
| 17  YANGTIAN LIGHTING CO., LTD.; TAIZHOU FEIXIN DENGSHI YOUXIAN GONGSI; and | |
| 18  AMAZON.COM, INC., | |
| 19          Defendants. | |

20

21

22

23

24

25

26

27

28

Plaintiff Semisilicon Technology Corp. ("Semisilicon"), by and through its attorneys, and for its Complaint against Defendants Changzhou Jutai Electronic Co., Ltd. ("Jutai"), Linhai Caiyuan Trading Co., Ltd. ("Caiyuan"), Maanshan Haoluo Maoyi Youxian Gongsi ("Haoluo"), Ningbo Yihai Yangtian Lighting Co., Ltd. ("Yihai Yangtian"), Taizhou Feixin Dengshi Youxian Gongsi ("Feixin"), and Amazon.com, Inc. ("Amazon") (collectively, "Defendants" or "Accused Infringers"), hereby alleges as follows:

## NATURE OF ACTION

1.      This is an action for infringement of United States Patent Nos. 10,187,935 ("the '935 patent") and 9,939,117 ("the '117 patent") (collectively, "the Patents-in-Suit"). These patents relate to light emitting diode ("LED") lamps, LED systems, and LED lamp strings or LED strings.

## THE PARTIES

2.      Semisilicon is a corporation organized and existing under the laws of Taiwan with its principal place of business at 8F-2, No. 504, Yuanshan Rd., Zhonghe Dist., New Taipei City 235, Taiwan.

3.      Upon information and belief, Changzhou Jutai Electronic Co., Ltd. is a corporation organized and existing under the laws of China, and has its principal place of business at No. 8, Longfa Road, Xinbei District, Changzhou City, Jiangsu Province, 213022, China.

4.      Upon information and belief, Linhai Caiyuan Trading Co., Ltd. is a corporation organized and existing under the laws of China, and has its principal place of business at No. 1, Xia Street, Dongcheng Town, Linhai City, Taizhou, Zhejiang Province, 317005, China.

5.      Upon information and belief, Maanshan Haoluo Maoyi Youxian Gongsi is a corporation organized and existing under the laws of China, and has its principal place of business at Room 1906, Building 6, Dahua Ma'anshan International Plaza, Huashan District, Ma'anshan City, Anhui Province, 243000, China.

6.      Upon information and belief, Ningbo Yihai Yangtian Lighting Co., Ltd. is a corporation organized and existing under the laws of China, and has its principal place of business at Room 1401-8, No. 568 Tiantong South Road, Shounan Subdistrict, Yinzhou District, Ningbo City, Zhejiang Province, 315199, China.

7.      Upon information and belief, Taizhou Feixin Dengshi Youxian Gongsi is a corporation organized and existing under the laws of China, and has its principal place of business at No. 86, Shangjie Village, Dongcheng Town, Linhai City, Taizhou City, Zhejiang Province, 317005, China.

8.      Upon information and belief, Defendant Amazon.com, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109.

## JURISDICTION AND VENUE

9.      This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 100 et seq.

10.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

11.     This Court has personal jurisdiction over Caiyuan, and venue is proper in this district pursuant to at least 28 U.S.C. §§ 1391 and 1400(b), because Caiyuan is a foreign corporation. On information and belief, Caiyuan has been conducting business and committing acts of infringement within California and in this District. Caiyuan has also been purposefully and voluntarily selling one or more of the infringing products, knowing that they will be purchased and used by customers in California and in this District. Caiyuan has purposefully availed itself of the privilege of conducting activities within California and within this district and the claims by Semisilicon arise out of or relate to Caiyuan's contacts with this forum and Caiyuan has "purposefully avail[ed] itself of the privilege of conducting activities" in the State of California and in this judicial district.

12.     Caiyuan's activities include, but are not limited to, directing its products to customers of California and in this district, marketing to California customers and customers in this district, and offering its products, including the accused products, to customers of California, and importing its products through California ports.

13.     This Court has personal jurisdiction over Haoluo, and venue is proper in this district pursuant to at least 28 U.S.C. §§ 1391 and 1400(b), because Haoluo is a foreign corporation. On information and belief, Haoluo has been conducting business and committing acts of infringement within California and in this District. Haoluo has also been purposefully and voluntarily selling one or more of the infringing products, knowing that they will be purchased and used by customers in

California and in this District. Haoluo has purposefully availed itself of the privilege of conducting activities within California and within this district and the claims by Semisilicon arise out of or relate to Haoluo's contacts with this forum and Haoluo has "purposefully avail[ed] itself of the privilege of conducting activities" in the State of California and in this judicial district.

14.     Haoluo's activities include, but are not limited to, directing its products to customers of California and in this district, marketing to California customers and customers in this district, and offering its products, including the accused products, to customers of California, and importing its products through California ports.

15.     This Court has personal jurisdiction over Yihai Yangtian, and venue is proper in this district pursuant to at least 28 U.S.C. §§ 1391 and 1400(b), because Yihai Yangtian is a foreign corporation. On information and belief, Yihai Yangtian has been conducting business and committing acts of infringement within California and in this District. Yihai Yangtian has also been purposefully and voluntarily selling one or more of the infringing products, knowing that they will be purchased and used by customers in California and in this District. Yihai Yangtian has purposefully availed itself of the privilege of conducting activities within California and within this district and the claims by Semisilicon arise out of or relate to Yihai Yangtian's contacts with this forum and Yihai Yangtian has "purposefully avail[ed] itself of the privilege of conducting activities" in the State of California and in this judicial district.

16.     Yihai Yangtian's activities include, but are not limited to, directing its products to customers of California and in this district, marketing to California customers and customers in this district, and offering its products, including the accused products, to customers of California, and importing its products through California ports.

17.     This Court has personal jurisdiction over Feixin, and venue is proper in this district pursuant to at least 28 U.S.C. §§ 1391 and 1400(b), because Feixin is a foreign corporation. On information and belief, Feixin has been conducting business and committing acts of infringement within California and in this District. Feixin has also been purposefully and voluntarily selling one or more of the infringing products, knowing that they will be purchased and used by customers in California and in this District. Feixin has purposefully availed itself of the privilege of conducting

activities within California and within this district and the claims by Semisilicon arise out of or relate to Feixin's contacts with this forum and Feixin has "purposefully avail[ed] itself of the privilege of conducting activities" in the State of California and in this judicial district.

18.     Feixin's activities include, but are not limited to, directing its products to customers of California and in this district, marketing to California customers and customers in this district, and offering its products, including the accused products, to customers of California, and importing its products through California ports.

19.     This Court has personal jurisdiction over Jutai, and venue is proper in this district pursuant to at least 28 U.S.C. §§ 1391 and 1400(b), because Jutai is a foreign corporation. Jutai has purposefully availed itself of the privilege of conducting activities within California and within this district and the claims by Semisilicon arise out of or relate to Jutai's contacts with this forum and Jutai has "purposefully avail[ed] itself of the privilege of conducting activities" in the State of California and in this judicial district.

20.     Upon information and belief, Jutai has purposefully and voluntarily placed one or more infringing products into the stream of commerce with the expectation that they will be purchased and/or used within California and within this district, including by directly and indirectly working with distributors to ensure the accused products reach California and this district.

21.     Jutai offers products and services and conducts business in this District. On its own website (https://en.jutai.com/aboutus.html), Jutai highlighted its "American UL certificate" to California and U.S. customers, and noted that its products are "exported to many countries around the world." Jutai also identifies itself as "the preferred brand for Amazon e-commerce," and provides products under its "US Power Supply" category that are "mainly used in LED lighting, LED decorative lights, such as Christmas lights, copper lights, laser lights, laser lights, lawn lights, etc." *See* https://en.jutai.com/product_category/mgULxldy.html.

22.     Amazon hosted sellers, including Caiyuan, Haoluo, Yihai Yangtian, and Feixin on its online retail platform, making these accused products available and ready for customer purchase in this district and in California via Amazon's online retail platform. The accused products are manufactured by Jutai and supplied to the other Accused Infringers.

23.     These Accused Infringers may be joined in one action as defendants, because the rights to relief are asserted against the parties jointly or severally or arising out of the same transaction, occurrence, or series of transactions or occurrences relating to the making, using, importing into the United States, offering for sale, or selling of the same accused product or process. Additionally, questions of fact common to all defendants will arise in this action.

24.     This Court has personal jurisdiction over Amazon, and venue is proper in this District. Amazon does business in California and in this District, and also purposefully avails itself of the privileges of conducting business within California and has committed acts of infringement in California and in this District. Further, Amazon has one or more physical places in this District that are regular and established places of business and the places of the defendant, so that venue is proper under 28 U.S.C. §1400(b). In addition, the Court has personal jurisdiction over Amazon, because it has established minimum contacts with the forum and the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice. On information and belief, Amazon knowingly and intentionally sells the accused products within this District under various brand or store names, establishes distribution channels for the accused products, and reasonably anticipates that the accused products would be sold in this District.

## FACTUAL BACKGROUND

25.     Semisilicon, founded in 1995, specializes in IC (integrated circuit) planning, design, production, and sales. Semisilicon's products include LED control ICs and are widely used in computer peripherals and consumer electronics. As an innovator in the research and development of LED control ICs, Semisilicon innovates its products and product technologies to meet the market's demands, and its innovations and products are protected by numerous patents worldwide.

26.     According to its website, Jutai is a company that markets and provides applications of power supplies in the fields of Christmas lights, holiday lights, decorative lights, and LED lights. Jutai's products infringe Semisilicon's patents, including ASIN No. B0D8Z2G4DK (sold by Caiyuan under EEW brand), ASIN No. B0D7MCYJ9H (sold by Haoluo and Feixin under YIQU brand), and ASIN No. B0D7PTZGTB (sold by Yihai Yangtian under BHCLIGHT brand). Jutai copies, and/or

infringes Semisilicon's patented features to offer similar, competing products to the detriment of and causing harm to Semisilicon. Jutai has profited from its infringing activities.

**COUNT I**
**Infringement of U.S. Patent No. 10,187,935**

27.    Semisilicon is the owner of the entire right, title, and interest in the '935 patent, which was duly and legally issued by the United States Patent Office on January 22, 2019. The '935 patent is entitled "Light Emitting Diode Lamp with Burnable Function and Light Emitting Diode Lamp String with Burnable Function." A true and correct copy of the '935 patent is attached hereto as Exhibit A.

28.    Upon information and belief, the defendants have infringed at least claim 1 of the '935 patent under 35 U.S.C. § 271 (a), (b), and/or (c) by, among other things, offering for sale and selling to its customers certain LED products that contain infringing components, including at least ASIN Nos. B0D8Z2G4DK, B0D7MCYJ9H, B0D7PTZGTB on Amazon.

29.    Upon information and belief, the defendants have infringed, directly or indirectly, at least claim 1 of the '935 patent, either literally and/or under the doctrine of equivalents.

30.    According to information available on Amazon's product detail page (https://www.amazon.com/Changing-Christmas-Dimmable-Multiple-Decorations/dp/B0D7MCYJ9H), the YIQU Color Changing Smart Christmas Lights (hereinafter "YIQU," ASIN No. B0D7MCYJ9H) is manufactured by Jutai and sold by Haoluo and Feixin under YIQU brand. YIQU contains a "light emitting diode lamp with a burnable function" as claimed in claim 1 of the '935 patent. Exemplary images of its packaging and components (with annotations) are provided below.

COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. _____

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22



23      31.     Upon information and belief, YIQU includes "at least a light emitting diode." For

24  example, YIQU includes an LED lamp string including a plurality of LED lamps (as shown in the

25  Amazon sales webpage). As shown in the exemplary image below, the LED lamp string illuminates in

26  accordance with the light signal transmitted from the controller through the power lines.

27
28

7

1
2
3
4
5
6
7
8
9
10



11    32.    Upon information and belief, YIQU includes "a light emitting diode driving apparatus

12  with the burnable function, the light emitting diode driving apparatus electrically connected to the light

13  emitting diode." For example, YIQU includes an LED lamp string including a plurality of LED lamps,

14  operating in a corded electric mode (as shown in the Amazon sales webpage), and receiving supplied

15  power through an adapter connected to the power source. The LED lamp string illuminates in accordance

16  with the light signal transmitted from the controller through the power lines. As shown in the X-ray

17  image of one of the LED lamps and the optical microscope image of the LED lamp (with the lens

18  removed) below, the LED lamp includes an LED driving IC and three RGB light-emitting diodes. The

19  LED driving IC is electrically connected to the light-emitting diodes via bonding wires. As shown in

20  the optical microscope magnification of the poly layer of the LED driving IC (annotated by the red

21  box in the optical microscope image), the LED driving IC incorporates a plurality of address-recording

22  fuses for the execution of the burnable function.

23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Exemplary X-ray image of one of the LED lamps



Exemplary optical microscope image of the LED lamp (with the lens removed)



Exemplary optical microscope magnification of the poly layer of the LED driving IC

33.    Upon information and belief, in YIQU, "the light emitting diode driving apparatus comprises:  a first contact and a second contact." For example, as illustrated in the exemplary optical

microscope image of the LED lamp (with the lens removed), the LED driving IC (annotated by the blue box) is positioned on the negative electrode of the LED lamp and includes a first contact and a second contact.



Exemplary optical microscope image of the LED lamp (with the lens removed)

34.    Upon information and belief, in YIQU, "the light emitting diode driving apparatus receives a burn start signal sent through the first contact and a burn address data sent through the first contact; the light emitting diode driving apparatus is configured to burn the burn address data as a local address data into the light emitting diode driving apparatus after the light emitting diode driving apparatus receives the burn start signal." As shown in the exemplary figures below, a reverse analysis block diagram of the address-recording fuses is presented (highlighted by the red frame). Each fuse block includes a fuse and two pins (P1 and P2) controlled by the LED control IC to determine whether the fuse is blown. Upon receiving a burn start signal and burn address data, the LED control IC records the burn address data as local address data by blowing one or more specific fuses within the selected fuse block via its pins P1 and P2.

35.    Upon information and belief, in YIQU, "a first signal is a plurality of pulse signals, and comprises a lighting data and an address data; the light emitting diode driving apparatus is configured to compare the address data with the local address data stored in the light emitting diode driving apparatus when the light emitting diode driving apparatus receives the first signal, and then the light emitting diode driving apparatus is configured to drive the light emitting diode to light, glimmer or flash colorfully or sparklingly, or light fade-in and fade-out, based on the lighting data if the address data is the same with the local address data." As shown in the exemplary figures below, the controller transmits a series of pulse signals to control the lighting of the LEDs. When a lighting mode is selected, the controller sends pulse signals containing address data and lighting data. As shown in the exemplary figures below, the same LED can light up in red, green, and blue based on different lighting data of the signal. Each LED lamp receives these signals and lights up if the address data matches its local address data. For example, all LEDs receive the same signals including red-light lighting data. As shown in the exemplary figures, LEDs at different addresses in the string light up in red when their local address data match the transmitted address data in the signals.







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18



19    36.    According to information available on Amazon website, Jutai also manufactured and

20 manufactures the same or similar LED products, including ASIN No. B0D8Z2G4DK (sold by Caiyuan

21 under EEW brand) and ASIN No. B0D7PTZGTB (sold by Yihai Yangtian under BHCLIGHT brand),

22 that contain infringing components. See Amazon product detail pages at

23 https://www.amazon.com/Changing-Christmas-Dimmable-Waterproof-

24 Decoration/dp/B0D8Z2G4DK    and    https://www.amazon.com/Changing-Christmas-Dimmable-

25 Waterproof-Decorations/dp/B0D7PTZGTB.

26    37.    Upon information and belief, the defendants have knowledge of the '935 patent, at least

27 because Semisilicon identified the '935 patent to each defendant as early as December, 2024, with a

28 notice of infringement.

38.    Upon information and belief, the defendants have infringed the '935 patent in an egregious and willful manner and with knowledge of the '935 patent, or was willfully blind to the risk of infringement.

39.    Defendants' infringement of the '935 patent has caused and continues to cause damages and irreparable harm to Semisilicon.

**COUNT II**
**Infringement of U.S. Patent No. 9,939,117**

40.    Semisilicon is the owner of the entire right, title, and interest in the '117 patent, which was duly and legally issued by the United States Patent Office on April 10, 2018. The '117 patent is entitled "Light Emitting Diode System With Light Signals Carried Via Power Lines." A true and correct copy of the '117 patent is attached hereto as Exhibit B.

41.    Upon information and belief, the defendants have infringed at least claim 1 of the '117 patent under 35 U.S.C. § 271 (a), (b), and/or (c) by, among other things, offering for sale and selling to its customers certain LED products that contain infringing components, including at least ASIN Nos. B0D8Z2G4DK, B0D7MCYJ9H, B0D7PTZGTB on Amazon.

42.    Upon information and belief, the defendants have infringed, directly or indirectly, claim 1 of the '117 patent, either literally and/or under the doctrine of equivalents.

43.    According to information available on Amazon's product detail page (https://www.amazon.com/Changing-Christmas-Dimmable-Waterproof-Decorations/dp/B0D7PTZGTB), the BHCLIGHT Smart DIY Color Changing Christmas Lights (hereinafter "BHCLIGHT," ASIN No. B0D7PTZGTB) is manufactured by Jutai and sold by Yihai. BHCLIGHT contains a "light emitting diode system with light signals carried via power lines" as claimed in the '117 patent. Exemplary images of its packaging and components are provided below:




**Product Detail Drawing**



44.     Upon information and belief, BHCLIGHT includes "a light emitting diode lamp string comprising a plurality of light emitting diode units and receiving power supplied through the power lines to light." For example, BHCLIGHT includes an LED lamp string including a plurality of LED lamps, operating in a corded electric mode, and receiving supplied power through an adapter connected to the power source. As shown in the exemplary images below, the LED lamp string illuminates in accordance with the light signal transmitted from the controller through the power lines.



**Product information**

**Technical Details**

| | |
|---|---|
| Color | APP RGB Color Changing |
| Brand | BHCLIGHT |
| Indoor/Outdoor Usage | Outdoor, Indoor |
| Special Feature | Remote Controlled, Dimmable, Timer, Waterproof, Color Changing |
| Light Source Type | LED |
| Power Source | Corded Electric |
| Light Color | Multicolor |
| Theme | Music, Beach, Christmas, Halloween |
| Occasion | Christmas, Anniversary, Birthday, Seasons, Halloween |

45.     Upon information and belief, BHCLIGHT includes "a signal voltage unit electrically connected to the light emitting diode lamp string; and a control unit electrically connected to the signal voltage unit." For example, as shown in the exemplary figures below, the controller of the BHCLIGHT includes a control IC as a control unit (example illustrated and annotated with a red box marked as PHY6252 in the figure below) and an N-type MOSFET switch Q1 as a signal voltage unit (example illustrated and annotated with a purple frame and marked as MOSFET N in the figure below). The MOSFET Q1 is configured to adjust the voltage of the LED lamp string and is electrically connected to both the control IC through its gate and the LED lamp string through its source.

46.    Upon information and belief, in BHCLIGHT, "the control unit is configured to drive the signal voltage unit to adjust a voltage of the light emitting diode lamp string continuously and repeatedly so the voltage of the light emitting diode lamp string is a predetermined voltage, to form the light signal comprising a plurality of pulse waves to send the light signal to the light emitting diode lamp string." As shown in the example images below, when the LED lamp string illuminates according to a specific light mode such as red, blue or green lighting, the control IC (marked with red frame) continuously and repeatedly drives the MOSFET switch (marked with purple frame) to toggle its status, turning on and off to adjust the voltage supplied to the LED lamp string to generate a plus wave pattern to form the light signal according with the selected lighting mode. The oscilloscope measurement photos in the three figures show the voltage changes (depicted as the yellow waveform) at the L+ and L- terminals of the LED lamp string. These voltage changes correspond to the light signal generated when the control IC drives the MOSFET switch's conduction state under the selected red, blue, and green lighting modes. When a lighting mode is selected, the control IC drives the MOSFET switch to

turn on, the adapter supplies 30V power to the LED lamp string. Conversely, when the control IC drives the MOSFET switch to turn off, the voltage supplied to the LED lamp string is adjusted to a predetermined level, such as 0V. By continuously toggling the MOSFET switch, the control IC adjusts the voltage between 30V and 0V to generate a series of pulse waves with a specific pattern, forming the light signal for the selected lighting mode. This light signal ensures the LED lamp string illuminates in accordance with the selected mode.









47.    Upon information and belief, in BHCLIGHT, "when each of the light emitting diode units receives the light signal, each of the light emitting diode units is configured to perform a conversion and a decoding for the light signal to obtain a lighting mode of the light signal, and then each of the light emitting diode units is configured to light based on the lighting mode." As shown in the oscilloscope photos, the voltage changes of one of the LED lamps in the LED lamp string (indicated by the blue waveform) are displayed as the LED lamp receives the light signal through the power line. Each LED lamp in the LED lamp string processes the received light signal, which includes a series of pulse waves with a specific pattern. The LED lamp converts each received pulse wave from the light signal into a representation of a digital signal, such as 0 or 1, based on its respective pulse width, and decodes these digital signals to obtain the lighting mode, such as red, blue, or green. After conversion and decoding, the LED lamp subsequently emits the corresponding light—red, blue, or green—according to the selected lighting mode.







48.     According to information available on Amazon website, Jutai also manufactured and manufactures the same or similar LED products that contain infringing components, including ASIN No. B0D7MCYJ9H (sold by Haoluo and Feixin) and ASIN No. B0D8Z2G4DK (sold by Caiyuan). *See* Amazon product detail pages at https://www.amazon.com/Changing-Christmas-Dimmable-Multiple-Decorations/dp/B0D7MCYJ9H and https://www.amazon.com/Changing-Christmas-Dimmable-Waterproof-Decoration/dp/B0D8Z2G4DK.

49.     Upon information and belief, the defendants have knowledge of the '117 patent, at least because Semisilicon identified the '117 patent to each defendant as early as December, 2024, with a notice of infringement.

50.     Upon information and belief, the defendants have infringed the '117 patent in an egregious and willful manner and with knowledge of the '117 patent, or was willfully blind to the risk of infringement.

51.     Defendants' infringement of the '117 patent has caused and continues to cause damages and irreparable harm to Semisilicon.

## **PRAYER FOR RELIEF**

WHEREFORE, Semisilicon respectfully prays that the Court enter judgement in its favor and award the following relief against the defendants:

A.     Find that Defendants have infringed the Patents-in-Suit;

B.     Find that Defendants' infringement of the Patents-in-Suit has been willful;

C.     Permanently enjoin Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing upon the Patents-in-Suit;

D.     Award Semisilicon actual damages pursuant to 35 U.S.C. § 284, in an amount to be determined at trial, as a result of Defendants' infringement of the Patents-in-Suit;

E.     Award Semisilicon pre- and post-judgment interest on all damages awarded, as well as supplemental damages;

1   F.   Order that damages for infringement of the Patents-in-Suit be trebled under 35 U.S.C.

2   § 284;

3   G.   Find this case exceptional and award Semisilicon its costs and attorney's fees under

4   35 U.S.C. § 285; and

5   H.   Award and grant Semisilicon such other and further relief as the Court deems just and

6   proper under the circumstances.

7   <u>**DEMAND TRIAL BY JURY**</u>

8   Semisilicon demands a jury trial on all matters.

9

10   Dated: March 19, 2025                FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, LLP
11

12                                       By:___*/s/ Ming-Tao Yang*_____
                                             Ming-Tao Yang
13                                           *Attorney for Plaintiff*
                                             *Semisilicon Technology Corp.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. _____