Ming-Tao Yang (SBN 221295)
 ming.yang@finnegan.com
Jeffrey D. Smyth (SBN 280665)
 jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

*Attorneys for Plaintiff*
*Semisilicon Technology Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DISTRICT

| | |
|---|---|
| SEMISILICON TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> CHANGZHOU JUTAI ELECTRONIC CO., LTD.; LINHAI CAIYUAN TRADING CO., LTD.; MAANSHAN HAOLUO MAOYI YOUXIAN GONGSI; NINGBO YIHAI YANGTIAN LIGHTING CO., LTD.; TAIZHOU FEIXIN DENGSHI YOUXIAN GONGSI; and AMAZON.COM, INC., <br><br> Defendants. | CASE NO. 4:25-cv-02665-JST <br><br> **PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION UNDER L.R. 7-11 TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> Location:    Courtroom 6, 2nd Floor <br> Judge:       Hon. Jon S. Tigar. |

1  Plaintiff Semisilicon Technology Corp. ("Semisilicon") respectfully files this Administrative Motion Under L.R. 7-11 to Reset the Initial Case Management Conference, which is currently scheduled for July 1, 2025. Counsel for Defendant Amazon.com, Inc. has indicated that Amazon will not oppose the motion. No counsel has yet entered an appearance for any of the foreign defendants.

On March 19, 2025, Semisilicon filed this patent infringement case. Dkt. No. 1. On April 4, 2025, the case was reassigned and the case management conference was set for July 1, 2025. Dkt. Nos. 8, 9. Semisilicon sent a notice letter and a request for waiver of service to each of the defendants in April pursuant to Fed. R. Civ. P. 4(d). Counsel for Amazon returned the waiver of service of summons form, which was filed with the Court. Dkt. No. 10. The other five defendants, each of whom reside in China, have not yet returned their waiver of service of summons, and their deadline to answer would be July 8, 2025, if they waive service.

Because none of the five foreign defendants have waived service or answered the complaint, Semisilicon respectfully requests that the Court reset the initial Case Management Conference and related deadlines for later dates or until all the defendants have answered the complaint.

Dated: June 6, 2025

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP


By:   */s/ Ming-Tao Yang*
      Ming-Tao Yang
      *Attorneys for Plaintiff*
      *Semisilicon Technology Corp.*

1

PLAINTIFF'S UNOPPOSED ADMIN. MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. 4:25-CV-02665-JST